UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINDELL FORD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>B. M. TRATE,<br><br>　　　　Respondent. | 1:22-cv-01327 CDB (HC)<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND |

　　　　Petitioner, a pro se state prisoner, has filed a habeas corpus action pursuant to 28 U.S.C. § 2241.

　　　　The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

　　　　In this case, the petitioner is challenging a conviction and sentence issued from the United States District Court for the District of Maryland. Therefore, the petition should have been filed in the United States District Court for the District of Maryland. In the interest of justice, a federal

1

1  court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);
2  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
3      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States
4  District Court for the District of Maryland.

IT IS SO ORDERED.

Dated:   **October 24, 2022**                                    _____
                                                                  UNITED STATES MAGISTRATE JUDGE